```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 5 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Salvatore Marasa,

        Petitioner,

  -against-

George B. Alexander, Chairman, New York
State Division of Parole.,

        Respondent.
------------------------------------------------------------X

08 Civ 2066 (PAC)(JCF)
ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_\_ General Pretrial(including scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

\_\_\_\_ Settlement*

\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

__X__ Habeas Corpus

\_\_\_\_ Social Security

\_\_\_\_ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

* Do not check if already referred for general pretrial

SO ORDERED

/s/ Paul A. Crotty
Paul A. Crotty
United States District Judge

DATED: New York, New York
         March 5, 2008

Copy Mailed by Chambers To:

Salvatore Marasa
147 Margin Drive
Shirley, NY 11967