UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
SALVATORE MARASA,                       : 08 Civ. 2066 (PAC) (JCF)
                                        :
             Petitioner,                : O R D E R
                                        :
     - against -                        :
                                        :
GEORGE B. ALEXANDER, Chairman,          :
New York State Division of Parole,      :
                                        :
             Respondent.                :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

[STAMP: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/31/08]

    This case having been referred by the Honorable Paul A. Crotty, U.S.D.J., and the Court having examined the petition in this action pursuant to 28 U.S.C. § 2254, and the Court having concluded that the petition should not be summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, it is

    ORDERED, pursuant to Rule 4, that the respondent file the transcript of the state court proceedings and an answer or other pleading to the petition raising all available defenses no later than May 30, 2008; and it is further

    ORDERED that the petitioner file any reply papers no later than June 30, 2008; and it is further

    ORDERED, pursuant to Rule 4, that the Clerk of the Court serve copies of this Order, of the petition, and of the form for Consent to Proceed Before a United States Magistrate Judge by certified mail upon the Attorney General for the State of New York and the New York County District Attorney; and it is further

    ORDERED that by the date that the answer is filed, respondent

shall advise the undersigned whether the parties consent to refer this case to a United States Magistrate Judge for final disposition and, if so, shall return a fully executed copy of the enclosed consent form.

        SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
           March 31, 2008

Copies mailed this date:

Salvatore Marasa
147 Margin Drive
Shirley, New York 11967