UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X,


SALVATORE MARASA,

                Petitioner,

                                            NOTICE OF
                                            APPEARENCE

           -against-


                                       Dkt # 08-CV-02066

GEORGE B. ALEXANDER, as Chairman, New York
State Division of Parole,


                Respondent.

--------------------------------------------------------------------X

SIRS:

     PLEASE TAKE NOTICE that Petitioner in the above-captioned matter has hereby retained counsel. Counsel appears as indicated below and all papers herein shall hereinafter be served on counsel at the address and place indicated.

Dated: Brooklyn, New York
       June 2, 2008

                                 Yours, etc.,


                               _____
                               ANTHONY M. VITTORIOSO, ESQ .
                               (AV9374).
                               Attorney for Petitioner
                               9201 Fourth Avenue, 7th Floor
                               Brooklyn, New York 11209
                               718-833-8005

TO:  Clerk, U.S. District Court
      Southern District of New York

      ANDREW M. CUOMO
      Attorney General of the State
      Attorneys for Respondent
      120 Broadway
      New York, New York 10271
      212-416-6037
        Attn: Alyson J. Gill, Asst. Atty. Gen.

DECLARATION OF SERVICE


        ANTHONY M. VITTORIOSO declares the following under penalty of perjury under 28 U.S.C. section 1746:

        On June 2, 2008, I served a true copy of the within NOTICE OF APPEARANCE in the matter of Marasa v. Alexander, United States District Court, Southern District of New York Dkt # 08-CV-02066 by placing same in a preaddressed and prepaid first class envelope and placing same in a receptacle maintained by the United States Postal Service for delivery by ordinary first class mail, such envelope addressed as below to the address provided for that purpose:

        ANDREW M. CUOMO
        Attorney General of the State
        Attorneys for Respondent
        120 Broadway
        New York, New York 10271
        212-416-6037
          Attn: Alyson J. Gill, Asst. Atty. Gen.

Dated:  Brooklyn, New York
            June 2, 2008


                              _____
                              ANTHONY M. VITTORIOSO, ESQ.