UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X,

SALVATORE MARASA,

                Petitioner,

        -against-

                                             Dkt # 08-CV-02066

GEORGE B. ALEXANDER, as Chairman,          (PAC)(JAF)
New York State Division of Parole,

                Respondent.

--------------------------------------------------------X

## DECLARATION OF SERVICE

        ANTHONY M. VITTORIOSO, pursuant to 28 U.S.C, section 1746 declares under penalty of perjury as follows: that on June 27, 2008 he served a true copy of the within Declaration in Opposition to Motion to Dismiss and Memorandum of Law in Opposition to Motion to Dismiss with attached exhibits by having them sent and delivered by UPS Air-Overnight to the address provided by counsel to the Respondent at:

                ANDREW M. CUOMO
                Attorney General of the State
                Attorneys for Respondent
                120 Broadway
                New York, New York 10271
                212-416-6037
                Attn: Alyson J. Gill, Asst. Atty. Gen.

Dated: Brooklyn, New York
        June 27, 2008

                _s/_____
                ANTHONY M. VITTORIOSO, ESQ.(AV9374)
                Attorney for Petitioner
                9201 Fourth Avenue, 7th Floor
                Brooklyn, New York 11209
                718-833-8005
                avittorioso@myway.com